|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  (973) 992-4800<br>Fax:  (973) 992-9125<br>Catherine E. Youngman<br>Chapter 7 Trustee |  |
| In Re:<br><br>MARIO NOVORODSKY,<br><br>      Debtor. | Case No.  17-18010 (CMG)<br><br>Judge:  Christine M. Gravelle<br><br>Chapter:  7 |

Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| Recommended Local Form: | ☒Followed | ☐Modified |
|---|---|---|

## ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD LLP
## AS  COUNSEL TO THE TRUSTEE

  The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 28, 2017**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

49690186.v1

(Page 2)

In re:  Mario Novorodsky

Case No.:  17-18010 (CMG)

Caption:  **ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD AS COUNSEL TO TRUSTEE**

**APPLICANT:    CATHERINE E. YOUNGMAN**

☒Trustee:    ☒Chap. 7        ☐Chap. 11        ☐Chap. 13.

☐Debtor:    ☐Chap. 11        ☐Chap. 13

☐Official Committee of _____

**PROFESSIONAL:  FOX ROTHSCHILD LLP**

☒Attorneys for:

☒Trustee    ☐Debtor-in-Possession

☐Official Committee of _____

Upon the Applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. Catherine E. Youngman, Chapter 7 Trustee, is authorized to retain the professional, Fox Rothschild LLP, to act as her attorneys.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application.

3. The effective date of the retention is the date of filing of this Application.

00347427 - 1