**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

FOX ROTHSCHILD LLP
49 Market Street
Morristown, NJ  07960
Telephone:  (973) 992-4800
Fax:  (973) 992-9125
Catherine E. Youngman
Chapter 7 Trustee

**Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARIO NOVORODSKY,

Debtor.

Case No.  17-18010 (CMG)

Judge:   Christine M. Gravelle

Chapter:  7

| Recommended Local Form: | ☒Followed | ☐Modified |
|---|---|---|

**ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD LLP
AS  COUNSEL TO THE TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 28, 2017**

_Honorable Christine M. Gravelle
United States Bankruptcy Judge_

49690186.v1

(Page 2)

In re:   Mario Novorodsky

Case No.:   17-18010 (CMG)

Caption:   **ORDER AUTHORIZING RETENTION OF FOX ROTHSCHILD AS COUNSEL TO TRUSTEE**

**APPLICANT:    CATHERINE E. YOUNGMAN**

☒Trustee:    ☒Chap. 7    ☐Chap. 11    ☐Chap. 13.

☐Debtor:    ☐Chap. 11    ☐Chap. 13

☐Official Committee of _____

**PROFESSIONAL:   FOX ROTHSCHILD LLP**

☒Attorneys for:

☒Trustee    ☐Debtor-in-Possession

☐Official Committee of _____

---

Upon the Applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. Catherine E. Youngman, Chapter 7 Trustee, is authorized to retain the professional, Fox Rothschild LLP, to act as her attorneys.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application.

3. The effective date of the retention is the date of filing of this Application.

00347427 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Mario Novorodsky  
    Debtor

Case No. 17-18010-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 28, 2017  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.  
db           +Mario Novorodsky,    5 Debbie Ct.,    Manalapan Township, NJ 07726-2767

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:  
       Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,  
        NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
       Catherine E. Youngman    cyoungman@foxrothschild.com,  
        NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
       Denise E. Carlon    on behalf of Creditor    Deutsche Bank National trust Company, as Trustee for FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Lawrence Friscia    on behalf of Debtor Mario Novorodsky lawrence.friscia@friscialaw.com  
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 5