**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−18010−CMG | **DATE FILED::** 4/20/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): Mario Novorodsky xxx−xx−8120 | ADDRESS OF DEBTOR(S): 5 Debbie Ct. Manalapan Township, NJ 07726 |
| DEBTOR'S ATTORNEY: Lawrence Friscia Friscia & Associates, LLC 199 Wilson Ave. Suite A Newark, NJ 07105  973−500−8024 | TRUSTEE: Catherine E. Youngman Catherine E. Youngman, Ch. 7 Trustee 49 Market Street Morristown, NJ 07960−5122 973−992−4800 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

6/25/18

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: March 27, 2018              FOR THE COURT
                                   Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-18010-CMG
Mario Novorodsky                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Mar 27, 2018
                              Form ID: noa             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db           +Mario Novorodsky,    5 Debbie Ct.,   Manalapan Township, NJ 07726-2767
516780473    +A1A Plumbing,    1720 Ginessi Dr.,   Freehold, NJ 07728-8851
516780438    +Alliance One,    6565 Kimball Dr., Suite 200,    Gig Harbor, WA 98335-1206
516780439    +Araiz Malci,    1225 Inwood Terrace,    Fort Lee, NJ 07024-1721
516780440    +Audit Bureau,    PO Box 1269,    Columbus, OH 43216-1269
516780443    +Cap1/L&T,    Po Box 30253,    Salt Lake City, UT 84130-0253
516780445    +Celtic Bank/Contfinco,    121 Continental Dr Ste 1,    Newark, DE 19713-4325
516780446    +Central Jersey Pools,    4235 Route 9 North,    Freehold, NJ 07728-8348
516780462    +Dr. Eric Garfinkel,    459 Highway 79,    Morganville, NJ 07751-9700
516780470    +Ed's Landscaping Inc.,    50 Federal Rd.,   Monroe Township, NJ 08831-8018
516780449   ++FIRST NATIONAL COLLECTION BUREAU,    50 W LIBERTY ST,    STE 250,    RENO NV 89501-1973
              (address filed with court: First National Collection Bureau,    610 Waltham Way,
              Sparks, NV. 89434)
516780448    +First Credit Services, Inc.,    377 Hoes Lane, Suite 200,    Piscataway, NJ 08854-4155
516780450    +Gordons Corner Water Company,    27 Vanderburg Rd.,    Marlboro, NJ 07746-1418
516780471    +Guardian Tree & Turf, Inc.,    PO Box 583,   Farmingdale, NJ 07727-0583
516780451    +JCP&L,   PO Box 3887,    Akron, OH 44314-0887
516780467    +Law Office of Dean R. Maglione,    c/o Stuart Davidoff,    Robert Treat Center,
              50 Park Place, Suite 1400,    Newark, NJ 07102-4310
516780463    +Law Offices of Edward S. Rosen,    c/o LG Diamond Corp.,    One Parker Plaza,
              Fort Lee, NJ 07024-2920
516780453    +Law Offices of Mitchell N. Kay, PC,    7 Penn Plaza,    New York, NY 10001-3967
516780468    +Maneri & Maroules, LLC,    c/o W. Lecil Henderson II,    30 Two Bridges Rd., Suite 260,
              Fairfield, NJ 07004-1551
516780466    +NJ EZPass,    Violations Processing Center,    PO Box 4971,   Trenton, NJ 08650-4971
516780455    +NJ Natural Gas Co.,    PO Box 11743,    Newark, NJ 07101-4743
516780472    +NJR Home Services,    1415 Wyckoff Rd.,    PO Box 1468,   Wall, NJ 07719-1468
516780469    +Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
516780456    +Pinnacle LLC/Resurgent,    Po Box 10497,    Greenville, SC 29603-0497
516780457    +Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
516780458    +Receivable Management,    240 Emery St.,    Bethlehem, PA 18015-1980
516780459    +SLS,   8742 Lucent Blvd., Ste 300,    Highlands Ranch, CO 80129-2386
516780460    +Surge,    PO Box 8099,    Newark, DE 19714-8099
516780465    +Violations Processing Center,    PO Box 15186,    Albany, NY 12212-5186
516780461    +Western Monmouth Utilities Authority,    103 Penson Rd.,    Manalapan, NJ 07726-8498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2018 23:24:53     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2018 23:24:51     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516780437    +EDI: AFNIRECOVERY.COM Mar 28 2018 03:03:00      Afni, Inc.,    404 Brock Dr.,    PO Box 3517,
              Bloomington, IL 61702-3517
516780441     EDI: CAPITALONE.COM Mar 28 2018 02:58:00      Capital One,    15000 Capital One Dr,
              Richmond, VA 23238
516780444    +EDI: CCS.COM Mar 28 2018 03:03:00      CCS,   PO Box 55126,    Boston, MA 02205-5126
516780442    +EDI: CAPITALONE.COM Mar 28 2018 02:58:00      Capital One Bank,    PO Box 71083,
              Charlotte, NC 28272-1083
516780447    +EDI: RCSFNBMARIN.COM Mar 28 2018 03:03:00      Credit One Bank Na,    Po Box 98875,
              Las Vegas, NV 89193-8875
516780452     EDI: JEFFERSONCAP.COM Mar 28 2018 03:03:00      Jefferson Capital Syst,    16 Mcleland Rd,
              Saint Cloud, MN 56303
516780454    +EDI: RESURGENT.COM Mar 28 2018 03:03:00      LVNV Funding LLC,    Po Box 10497,
              Greenville, SC 29603-0497
516780464    +EDI: RMCB.COM Mar 28 2018 03:03:00      RMCB,   PO Box 1235,    Elmsford, NY 10523-0935
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516780436   ##+ACB Receivables Mngmt,    19 Main St,   Asbury Park, NJ 07712-7012
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 27, 2018
                              Form ID: noa             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:

```
              Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Catherine E. Youngman    cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National trust Company, as Trustee for
               FFMLT Trust 2006-FF3, Mortgage Pass-Through Certificates, Series 2006-FF3
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Lawrence  Friscia    on behalf of Debtor Mario  Novorodsky lawrence.friscia@friscialaw.com
              Michael R. Herz    on behalf of Trustee Catherine E. Youngman mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```