UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FOX ROTHSCHILD, LLP
49 Market Street
Morristown, NJ  07960
Phone 973-992-4800
Fax 973-992-9125

Michael R. Herz attorney for
Catherine E. Youngman, Chapter 7 Trustee

In Re:

MARIO NOVORODSKY

Debtor

Case No.:      _17-18010 (CMG)_

Adv. Pro. No.: _____

Chapter:       ____ 7_____

Hearing Date:  April 10, 2018

Judge:         Christine M. Gravelle

## ADJOURNMENT REQUEST

1.  I, Catherine E. Youngman_____,

    ☒  am the attorney for: __Catherine E. Youngman, Chapter 7 Trustee_____,

    ☐  am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: ___Motion to Compel

    Current hearing date and time: __April 10,  2018 at 10:00 am_____

    New date requested: __April 17, 2018 at 10:00am _____

    Reason for adjournment request: Debtor's attorney is trying to obtain requested documents__

    _____

2.  Consent to adjournment:

☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____4/8/18_____        \_\_\_/s/Michael R. Herz
                                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: \_\_April 17, 2018 at 10:00 a.m.\_\_        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

*new.9/23/15*