UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FOX ROTHSCHILD, LLP
49 Market Street
Morristown, NJ  07960
Phone 973-992-4800
Fax 973-992-9125

Michael R. Herz attorney for
Catherine E. Youngman, Chapter 7 Trustee

In Re:

MARIO NOVORODSKY

Debtor

Case No.:     _17-18010 (CMG)_

Adv. Pro. No.: _____

Chapter:     ____ 7_____

Hearing Date: April 17, 2018

Judge:     Christine M. Gravelle

## ADJOURNMENT REQUEST

1. I, Catherine E. Youngman_____,

    ☒    am the attorney for: __Catherine E. Youngman, Chapter 7 Trustee_____,

    ☐    am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: ___Motion to Compel

    Current hearing date and time: __April 17, 2018 at 10:00 am_____

    New date requested: __May 1, 2018 at 10:00am _____

    Reason for adjournment request: Debtor's attorney needs additional time to obtain requested__

    _____documents._____

2. Consent to adjournment:

☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: _____4/13/18_____         ___/s/ Michael R. Herz
                                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: __May 1, 2018 at 10:00 a.m.__          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*